UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMEDEO NAPPI,<br><br>               Plaintiff,<br><br>  v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>               Defendant. | CASE NO. C07-5256BHS<br><br>ORDER DENYING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE DOCUMENTS AND TO AMEND COMPLAINT AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

      This matter comes before the Court on Plaintiff's Motion to Extend Time to File Documents and to Amend Complaint (Dkt. 21) and Defendant's Motion for Summary Judgment (Dkt. 15). The Court has considered the pleadings filed in support of and in opposition to the motions, the declarations submitted in support and opposition to the motions, and the remainder of the file herein, and hereby denies Plaintiff's motion and grants Defendant's motion for the reasons stated herein.

      Plaintiff filed his motion to extend time and to amend his complaint on March 21, 2008. Dkt. 22. Plaintiff seeks to extend time to allow for further discovery. *Id.* at 2. Defendant contends, and nothing in the record indicates to the contrary, that it has provided all relevant documentation to Plaintiff. Dkt. 22 at 3. The deadline for discovery

ORDER – 1

motions was December 14, 2007 and the deadline for amending pleadings was November 6, 2007.  Plaintiff's motion is thus untimely and should be denied.  It is not necessary to decide Defendant's motion to strike Plaintiff's declaration in support (Dkt. 25), as the Court has not considered this information due to Plaintiff's failure to comport with the procedural requirements of his motion.

Pursuant to *Hall v. North American Van Lines, Inc.,* 476 F.3d 683 (9th Cir. 2007), all of Plaintiff's claims are preempted by the Carmack Amendment.  Defendant's motion for summary judgment should be granted and Plaintiff's claims should be dismissed without prejudice.

Therefore, it is **ORDERED** that Plaintiff's Motion to Extend Time to File Documents and to Amend Complaint (Dkt. 21) is hereby **DENIED.**  Defendant's Motion for Summary Judgment (Dkt. 15) is hereby **GRANTED**, and Plaintiff's claims are hereby **DISMISSED without prejudice.**

DATED this 1st day of April, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER – 2